[No. 17666.  *En Banc.*  December 18, 1923.]

FARMERS BANK, *Respondent*, v. LOUIS F. HART, *Governor etc., et al., Appellants.*[1]

Appeal from a judgment of the superior court for Thurston county, Wright, J., entered September 11, 1922, in favor of the plaintiff, in an action to enjoin the enforcement of the state guaranty act, tried to the court. Modified.

*The Attorney General* (*Tanner & Garvin* and *Jno. A. Homer,* of counsel), for appellants.

*Graves, Kizer & Graves,* for respondent.

PER CURIAM.—This is a companion case to that of *Spokane & Eastern Trust Co. v. Hart, ante* p. 541, 221 Pac. 615.

The two cases were considered upon the same briefs and were orally argued together. Under the holding in the other case, the court was in error in restraining the board from collecting the $6,561.15 assessment against the respondent in this case.

The judgment will be modified, and the cause remanded with directions to the superior court to eliminate from the judgment that provision which restrains the collection of this sum.

[No. 18283.  Department One.  December 20, 1923.]

THE STATE OF WASHINGTON, *Respondent*, v. L. H. PRUITT, *Appellant.*[2]

Appeal from a judgment of the superior court for Grant county, Hill, J., entered September 15, 1922, upon a trial and conviction of assault. Reversed.

*N. W. Washington,* for appellant.

PER CURIAM.—After reading the affidavits presented in behalf of a motion for a new trial, showing the separation of the jury on two or three occasions, we are satisfied the motion should have been granted. The judgment is therefore reversed, with directions to grant the defendant a new trial.

[1]Reported in 221 Pac. 622.

[2]Reported in 221 Pac. 1119.